**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mannu Prasad** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9498 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–11512–KCF | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mannu Prasad

6/5/20                                                         **By the court:** Kathryn C. Ferguson
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                         Case No. 20-11512-KCF
Mannu Prasad                                                   Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2        Date Rcvd: Jun 05, 2020
                              Form ID: 318             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db              Mannu Prasad,    27 Kentwood Blvd,    Brick, NJ 08724-3107
518687533       Kentwood Construction co Inc,    POB 746,    Short Hills, NJ 07078-0746
518685460      +Midland Credit Management,    350 Camino de la Reina Ste 100,    San Diego, CA 92108-3007
518685464      +PNC Bank Consumer,    2730 Liberty Ave MSC P5-PCLC-A1-R,    Pittsburgh, PA 15222-4704
518685463       Pnc Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518685465       Pnc Bank, N.A.,    PO Box 3180,    Pittsburgh, PA 15230-3180

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTJORR.COM Jun 06 2020 06:03:00      Thomas Orr,    Law Office of Thomas J. Orr,
                321 High Street,    Burlington, NJ 08016-4411
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:09:56       U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:09:49       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518685447       EDI: BANKAMER.COM Jun 06 2020 06:08:00      Bank of America,    PO Box 982238,
                El Paso, TX 79998-2238
518685448       EDI: TSYS2.COM Jun 06 2020 06:03:00      Barclays Bank Delaware,    PO Box 8803,
                Wilmington, DE 19899-8803
518685449       EDI: CAPITALONE.COM Jun 06 2020 06:08:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
518685450       EDI: CAPITALONE.COM Jun 06 2020 06:08:00      Capital One Bank USA N,    PO Box 30281,
                Salt Lake City, UT 84130-0281
518685452       EDI: WFNNB.COM Jun 06 2020 06:04:00      Comenity Bank/Express,    PO Box 182789,
                Columbus, OH 43218-2789
518685453       E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:12:27       Credit One Bank NA,
                PO Box 98872,    Las Vegas, NV 89193-8872
518685454       EDI: DISCOVER.COM Jun 06 2020 06:04:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
518685456       EDI: HFC.COM Jun 06 2020 06:08:00      HSBC Card Services,,    PO Box 2103,
                Buffalo, NY 14240-2103
518685455       EDI: HFC.COM Jun 06 2020 06:08:00      Hsbc Bank,    PO Box 2013,    Buffalo, NY 14240-2013
518685457       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Jpmcb Card,    PO Box 15369,
                Wilmington, DE 19850-5369
518685451       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Chase Cardmember Services,    PO Box 15548,
                Wilmington, DE 19886-5548
518685458       EDI: TSYS2.COM Jun 06 2020 06:03:00      Macys/dsnb,    PO Box 8218,    Mason, OH 45040-8218
518685459       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 06 2020 03:13:38       Merrick Bank Corp,
                PO Box 9201,    Old Bethpage, NY 11804-9001
518685461       EDI: MID8.COM Jun 06 2020 06:03:00      Midland Credit Manangement, INC,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
518685462       EDI: RMSC.COM Jun 06 2020 06:08:00      PayPal Credit,    PO Box 5018,    Timonium, MD 21094-5018
518685466       EDI: RMSC.COM Jun 06 2020 06:08:00      Syncb/cheapoair Dc,    C/o,    PO Box 965022,
                Orlando, FL 32896-5022
518685467       EDI: RMSC.COM Jun 06 2020 06:08:00      Syncb/ppc,    PO Box 965005,    Orlando, FL 32896-5005
518689649      +EDI: RMSC.COM Jun 06 2020 06:08:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518685468       EDI: WFFC.COM Jun 06 2020 06:03:00      Wells Fargo Card Services,    PO Box 77053,
                Minneapolis, MN 55480-7753
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                Page 2 of 2              Date Rcvd: Jun 05, 2020
                                  Form ID: 318               Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              MaryBeth   Schroeder    on behalf of Debtor Mannu  Prasad marybeth@schroedermb-law.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 3
```